PAULINE FREEDMAN, as Administratrix, etc., of PHILIP FREEDMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of Proving the Last Will and Testament of SAMUEL TATTERSALL HOBSON, Deceased. WILLIAM R. HOBSON, Appellant; GEORGE T. RECORD and MARTHA C. RECORD, as Executors, etc., of SAMUEL TATTERSALL HOBSON, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BENJAMIN L. KAPLAN, an Attorney and Counselor at Law, Respondent.— Upon respondent's motion to open his default and for leave to interpose an answer to the petition, the matter is referred to Honorable Norman S. Dike, official referee, to take proof on the question of service on the respondent of the notice of the hearing before the official referee and to report to this court thereon. Until the coming in of the report the matter of confirming the report of the official referee (Motion No. 195) is held in abeyance. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

AUDREY C. MACE, as Executrix, etc., of MICHAEL J. CARY, Deceased, Respondent, v. ROCKLAND COUNTY TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MARGUERITE O'CONNELL, Respondent, v. GEORGE W. AVERELL, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JOSEPH O'CONNOR, Appellant, v. FLORENCE O'CONNOR and Others, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEDNEY FARM GOLF CLUB, INC., Respondent, v. WILLIAM J. WEISE, as Tax Assessor of the City of White Plains, N. Y., and Another, Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEDNEY FARM GOLF CLUB, INC., Respondent, v. WILLIAM J. WEISE, as Tax Assessor of the City of White Plains, N. Y., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel and Taylor, JJ.; Close, J., not voting.

KASIMIR SAJOR, Respondent, v. AMPOL, INC., Appellant, and MAX F. WEGRZYNEK, Defendant.— Motion for leave to appeal to the Court of Appeals granted. [See 249 App. Div. 852.] Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.